UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LEONARD, et al. | No. 2:19-cv-00042-MCE-KJN |
|     Plaintiffs, | |
|   v. | **NON-RELATED CASE ORDER** |
| FEDEX FREIGHT, INC., | |
|     Defendant. | |
| THEODORE A. EMETOH, | No. 4:17-cv-07272-YGR |
|     Plaintiff, | |
|   v. | |
| FEDEX FREIGHT, INC., | |
|     Defendant. | |
| JONATHAN MAMUYAC, | No. 2:18-cv-04905-SVW-SK |
|     Plaintiff, | |
|   v. | |
| FEDEX FREIGHT, INC., | |
|     Defendant. | |

1 | The Court has received the Notice of Related Cases filed on January 14, 2019.
2 | See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is
3 | inappropriate to relate or reassign the cases, and therefore declines to do so.
4 | This order is issued for informational purposes only, and shall have no effect on
5 | the status of the cases, including any previous Related (or Non-Related) Case Order of
6 | this Court.
7 | IT IS SO ORDERED.

DATED: January 16, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE