1  WORKMAN LAW FIRM, PC
   Robin G. Workman (SBN 145810)
2  robin@workmanlawpc.com
   Rachel E. Davey (SBN 316096)
3  rachel@workmanlawpc.com
   177 Post Street, Suite 800
4  San Francisco, CA  94018
   Telephone:     (415) 782-3660
5  Facsimile:     (415) 788-1028

6  *Attorneys for Plaintiffs, Sean Leonard and*
   *Mel Mendieta on behalf of themselves,*
7  *and all others similarly situated*

8  KEITH A. JACOBY, Bar No. 150233
   kjacoby@littler.com
9  Littler Mendelson, P.C.
   2049 Century Park East, 5th Floor
10 Los Angeles, CA  90067.3107
   Telephone: (310) 553-0308
11 Fax No.: (310) 553-5583

12 SOPHIA BEHNIA, Bar No. 289318
   sbehnia@littler.com
13 LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
14 San Francisco, CA 94104
   Telephone: (415) 433-1940
15 Fax No.: (415) 399-8490

16 Attorneys for Defendant
   FEDEX FREIGHT, INC.
17
   *Counsel list continued on following page*
18

19            UNITED STATES DISTRICT COURT

20            EASTERN DISTRICT OF CALIFORNIA

21

22 SEAN LEONARD, MEL MENDIETA, on behalf        No.  2:19-CV-00042-MCE-KJN
   of themselves, and all others similarly situated,
                                                 ASSIGNED FOR ALL PURPOSES TO THE
23            Plaintiff,                          HON. MORRISON C. ENGLAND, JR.

24       vs.                                     **FIRST STIPULATION AND ORDER TO
                                                 CONTINUE DATES FROM ORIGINAL
25 FEDEX FREIGHT, INC. and Does 1 through 50,    SCHEDULING ORDER, PENDING THIS
   inclusive,                                    COURT'S LAW AND MOTION RULINGS**
26
            Defendants.
27

28

                            1

LINDA N. BOLLINGER, Bar No. 289515
lbollinger@littler.com
LITTLER MENDELSON, P.C.
50 West San Fernando, 7th Floor
San Jose, CA 95113
Telephone: (408) 998-4150
Fax No.: (408) 288-5686

SANDRA C. ISOM, Bar No. 157374
scisom@fedex.com
FEDEX FREIGHT, INC.
1715 Aaron Brenner Drive, Ste. 200
Memphis, TN 38120
Telephone: (901) 434-8526
Fax No.: (901) 468-1726

Attorneys for Defendant
FEDEX FREIGHT, INC.

Plaintiffs Sean Leonard and Mel Mendieta ("Plaintiffs") and Defendant FEDEX FREIGHT, INC. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, pursuant to Eastern District Local Rules 143 and 144, stipulate and agree that good cause exists to continue the Parties' original scheduling dates set by this Court, to dates following an order on Defendant's Second Motion for Partial Judgment On The Pleadings (Doc. 21) and Motion To Stay (Doc. 26):

WHEREAS, on January 7, 2019, this Court issued an Initial Pretrial Scheduling Order (Doc. 7), setting initial scheduling dates in this case, e.g., service, Rule 26(f) conference, discovery cut-off, etc.;

WHEREAS, following this order on July 15, 2019, Plaintiff served written discovery, including inspection demands, requests for admissions, and interrogatories, and the Parties met and conferred regarding the same through October 2019, but were unable to reach an agreement;

WHEREAS, on September 30, 2019, the Court granted Defendant's motion for judgment on the pleadings and issued an order dismissing Plaintiffs' Fifth Cause of Action in its entirety and the Sixth Cause of action to the extent it was based on a union retaliation theory (Doc. 18 at 6:11-13);

WHEREAS, on October 10, 2019, Plaintiffs filed their First Amended Complaint (Doc. 19);

WHEREAS, on October 17, 2019, Plaintiffs filed a Motion to Compel Discovery (Doc. 20), which has been fully briefed by the Parties, and was scheduled to be heard by the Honorable Magistrate Judge Kendall J. Newman on November 14, 2019;

WHEREAS, on October 24, 2019, Defendant filed its Second Motion for Partial Judgment On the Pleadings Pursuant to Fed. R. Civ. P. 12(b)(1) and (c) (Doc. 21), which has been fully briefed by the Parties;

WHEREAS, on October 28, 2019, the Honorable Morrison C. England, Jr. issued a minute order (Doc. 23), vacating the hearing date on Defendant's Second Motion for Partial Judgment on the Pleadings and stating the Court would rule on the matter without oral argument, in accordance with Local Rule 230(g);

WHEREAS, on November 5, 2019, Defendant filed its Motion to Stay Case Pending Settlement Proceedings in Related Action (Doc. 26), which has been fully briefed by the Parties;

WHEREAS, on November 7, 2019, the Honorable Morrison C. England, Jr. issued a minute order (Doc. 30), vacating the hearing date on Defendant's Motion to Stay and stating the Court would rule on the matter without oral argument, in accordance with Local Rule 230(g);

WHEREAS, on November 13, 2019, the Honorable Magistrate Judge Kendall J. Newman vacated the hearing date on Plaintiffs' motion to compel and denied the motion to compel without prejudice, stating, "After Judge England has issued the order resolving Defendant's 12(c) motion and its motion to stay (ECF Nos. 21, 26), Plaintiffs may refile their motion to compel discovery, appropriately altering it to conform to the law of the case as dictated by Judge England's orders";

WHEREAS, the Court's ruling on Defendant's Second Motion For Partial Judgment On The Pleadings Pursuant To Fed. R. Civ. P. 12(b)(1) and (c) (Doc. 21), and Motion To Stay Case Pending Settlement Proceedings in Related Action (Doc. 26) may impact the claims at issue in the litigation, the scope of discovery, and scheduling of discovery and motions;

WHEREAS, in order to preserve time and resources, the Parties believe that all previously set case deadlines and dates by the Initial Pretrial Scheduling Order should be deferred until after the Court's ruling on the pending Second Motion For Partial Judgment On The Pleadings Pursuant To Fed. R. Civ. P. 12(b)(1) and (c) (Doc. 21), and Motion To Stay Case Pending Settlement Proceedings in Related Action (Doc. 26);

WHEREAS, the Parties stipulate and agree to present suggested new dates in a Joint Scheduling Report within thirty (30) days of the issuance of the Court's Order ruling on the pending Motions.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 24, 2020              Respectfully submitted,

                                      LITTLER MENDELSON, P.C.


                                      By: /s/ *Keith A. Jacoby*
                                          Keith A. Jacoby
                                          Sophia Behnia
                                          Linda N. Bollinger


                                          *Attorneys for Defendant*
                                          *FEDEX FREIGHT, INC.*


DATED: February 24, 2020              Respectfully submitted,

                                      WORKMAN LAW FIRM, PC


                                      By: */s/ Robin G. Workman*
                                          Robin G. Workman
                                          Rachel E. Davey

                                          *Attorneys for Plaintiffs, Sean Leonard and*
                                          *Mel Mendieta on behalf of themselves,*
                                          *and all others similarly situated*


     I hereby attest that I have obtained concurrence from the signatory above regarding the filing of

this document.

 Dated: March 2, 2020                 */s/ Robin G. Workman*
                                      ROBIN G. WORKMAN


                              **ORDER**

     IT IS SO ORDERED.

Dated:  March 2, 2020

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE

5