# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LEONARD, MEL MENDIETA, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX FREIGHT, INC., and Does 1 through 50 inclusive,<br><br>Defendants. | No. 2:19-cv-00042-MCE-KJN<br><br>**ORDER** |

On April 5, 2021, this Court issued a minute order intending to order that any motion for judgment on the pleadings be filed not later than May 3, 3021. The Court inadvertently included language directing that any motion to lift the stay be filed by that same date. No such motion is necessary because the stay has already been lifted in this matter. ECF No. 49. Accordingly, Plaintiffs' Motion to Set Aside/Lift Stay (ECF No. 54) is DENIED as moot.

IT IS SO ORDERED.

Dated: May 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1